STATE OF NEW JERSEY v. RAYMOND CREWS.

May 29, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN C. ELLIS.

May 29, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. MIGUEL SOTO.

May 29, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT L. SANDERS.

May 29, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. DONN EASON.

May 29, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. ALFONZA HAYWARD.

May 29, 1973. Petition for certification denied.